IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DARDEN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-4054 |
| DR. LITTLE, MEDICAL DIRECTOR, : | |
| MR. NICHOLSON, PHYSICIANS ASSISTANT, : | |
| DR. ROBINSON, MEDICAL DIRECTOR, and : | |
| NURSE SKINNER : | |

**ORDER**

AND NOW, this 12th day of July 2023, upon consideration of the Motion of Defendants Drs. Little and Robinson, Physicians Assistant Nicholson and Nurse Skinner to Dismiss the Plaintiff's Amended Complaint (Document No. 36), Plaintiff Matthew Darden's Response in Opposition (Document No. 44) and Plaintiff's Motion for Extension of Time to File Rule 1042.3 Certificate of Merit (Document No. 43), it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

2. Plaintiff's Motion for Extension of Time to File Certificate of Merit is GRANTED and Plaintiff is given sixty (60) days from the entry date of this Order to file a Certificate of Merit in accordance with Pa. R. C. P. 1042.3 with the Court.

IT IS FURTHER ORDERED that in the event Plaintiff fails to file a Certificate of Merit within the time prescribed, Defendants are DIRECTED to bring this failure to the Court's attention by promptly filing a renewed Motion to Dismiss Count II of Plaintiff's Amended Complaint.

BY THE COURT:

/s/  Juan R. Sánchez

_____
Juan R. Sánchez,      C.J.